SCWC-11-0000608

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

ADAM E. FLORENCE, JR., Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000608; CR. NO. 10-1-0455)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on January 28, 2013 by Petitioner/Defendant-Appellant Adam E. Florence, Jr. is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 4, 2013.

Taryn R. Tomasa,
for petitioner

Donn Fudo,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

